## Louisville & Nashville R. R. Co. *v.* Solomon.

APPEAL from the Circuit Court of Escambia.
Tried before the Hon. J. C. RICHARDSON.

CHARLES P. JONES, for appellant.

G. W. L. SMITH, for appellee.

The judgment in this case is affirmed on the authority of *L. & N. R. R. Co. v. Solomon, ante.* p. 151.

Opinion by HARALSON, J.

## McCloud *v.* Mallock *et al.*

APPEAL from the City Court of Birmingham.
Tried before the Hon. W. W. WILKERSON.

No counsel marked as appearing for appellant.

No counsel marked as appearing for appellee.

The appeal is dismissed for want of prosecution.

Opinion PER CURIAM.